# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV13-01909 JAK (RZx) | Date | June 18, 2013 |
| Title | Americus Financial Corporation Defined Benefit Pension Plan v. Thomas Luke, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER REMANDING CASE TO SUPERIOR COURT OF LOS ANGELES   JS-6

On June 3, 2013, the Court issued an Order to Show Cause ("OSC") as to why this action should not be remanded to the Superior Court for lack of subject matter jurisdiction. The OSC was issued following Defendants' failure to appear at a scheduling conference and failure to establish a basis for subject matter jurisdiction that would justify the removal of this action. The Court ordered Defendants to file a brief, on or before June 17, 2013, if they believed there is a basis for jurisdiction. That order also stated that the matter would be remanded to the Superior Court if no response to the OSC were filed.

The Court has not received a response to the OSC. Accordingly, this action is remanded to the Los Angeles County Superior Court, Southeast District (Downey), Case No. 13C00108.

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| | Initials of Preparer | ak |